UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLY YVONNE BESSONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) 1:11-cv-01239-RLY-DML |
| EXEL, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-SURREPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant, Exel, Inc., filed a Motion for Leave to File Sur-Surreply Brief in Support of Motion for Summary Judgment.  Local Rule 56-1(d) provides, in part, that a surreply may only be filed "if the movant cites new evidence in the reply or objects to the admissibility of the evidence cited in the response."  The court always tries to allow litigants a full and fair opportunity to respond to arguments made by their adversary, including new arguments raised in reply briefs.  *See e.g., Pike v. Caldera*, 188 F.R.D. 519, 535-36 (S.D. Ind. 1999).  Yet, the Seventh Circuit has expressed disfavor for surreplies, hinting that courts do not want to be faced with an endless loop of briefs: "There is an inherent tension between a court's desire to keep briefing of summary judgment motions within reasonable boundaries and a party's opportunity to be heard on what may be a decisive evidentiary issue."  *Smith v. Bray*, 681 F.3d 888, 903 (7th Cir.

1

2012).  In the present case, the court finds that Plaintiff Bessong has not introduced new arguments or evidence in her surreply that would warrant Exel's sur-surreply.  Exel's proposed sur-surreply merely extends and reframes arguments previously made in its briefing.  The Motion for Leave to File Sur-Surreply Brief in Support of Motion for Summary Judgment (Docket # 65) is therefore **DENIED**.

**SO ORDERED** this 6th day June 2013.

                                              RICHARD L. YOUNG,  CHIEF JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.